IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :        CHAPTER 13

**Waver & Deborah Campbell**

DEBTOR                                          :        BKY. NO. 23-13851-mdc

# O R D E R

AND NOW, this          day of                    , 2024    upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 matrix and list of creditors.

It is Ordered that the Motion is Granted. Debtor has until **1/04/2024** to file the necessary matrix and list of creditors in the above captioned matter.

By the Court:

Date 12/29/2023

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge