**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
|     WAVER CAMPBELL and | : | |
|     DEBORAH CAMPBELL | : | |
|          *Debtors* | : | Case No. 23-13851 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

Dana S. Plon, Esquire hereby enters her appearance for Newtown Village Plaza Associates, L.P. and in accordance with Federal Rule of Bankruptcy Procedure 2002(g), respectfully requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon her at the following address:

        Dana S. Plon, Esquire
        Sirlin Lesser & Benson, P.C.
        123 South Broad Street, Suite 2100
        Philadelphia, PA  19109
        dplon@sirlinlaw.com

*Dana S. Plon*
DANA S. PLON, ESQUIRE
Pennsylvania Identification No. 80361

Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com

January 3, 2024