**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   :         CHAPTER  13
**Waver & Deborah Campbell**
     DEBTOR                          :         BKY. NO. 23-13851-mdc

<u>O R D E R</u>

     AND NOW, this 5th       day of January              ,  2024      upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

     It is Ordered that the Motion is Granted. Debtor has until **1/18/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon.  Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge