**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| ) | |
| WAVER CAMPBELL and ) | Bankruptcy No. 23-13851-mdc |
| DEBORAH CAMPBELL, ) | |
| ) | |
| **Debtors** ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on January 23, 2024, I served true and correct copies of TD Bank's Entry of Appearance and Request for Notices upon the following persons, by electronic mail and/or first class mail:

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA  19102
mail@cibiklaw.com

Kenneth E. West, Esq.
Office of the Chapter 13
 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

U.S. Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

Date:  January 23, 2024         */s/ Jack M. Seitz*_____
                                Jack M. Seitz