**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CHAPTER 13
**Waver & Deborah Campbell**
          DEBTOR                          :        BKY. NO. 23-13851-mdc

O R D E R

AND NOW, this **22nd** day of **January**, 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **2/01/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

*Magdeline D. Coleman*
_____
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge