United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13851-mdc |
| Waver Campbell | Chapter 13 |
| Deborah Campbell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 05, 2024 | Form ID: 309I | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Waver Campbell, Deborah Campbell, 1360 Violetwood Ct, Yardley, PA 19067-6413 |
| 14844094 | | Apple, Inc., Attn: Bankruptcy, 1 Apple Park Way, Cupertino, CA 95014-0642 |
| 14844095 | + | Aqua Pennsylvania, Attn: Bankruptcy, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 14844098 | | Boris Schafer, 72 Lilly Dr, Fstrvl Trvose, PA 19053-6759 |
| 14844101 | | CCS-South Florida, LLC, Attn: Bankruptcy, 1007 N Federal Hwy # 280, Ft Lauderdale, FL 33304-1422 |
| 14844113 | + | Green Dot Bank, Attn: Bankruptcy, PO Box 9206, Old Bethpage, NY 11804-9006 |
| 14844121 | + | Newtown Village Plaza Associates LP, 200 Ridge Pike Ste 100, Conshohocken, PA 19428-3702 |
| 14843494 | + | Newtown Village Plaza Associates, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 14844127 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14844130 | | Rothman Institute, LLC - Northeast, Po Box 825937, Philadelphia, PA 19182-5937 |
| 14848820 | | TD Bank, N.A., c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200, Allentown, PA 18104-2255 |
| 14844134 | | Tower Health, 420 S 5th Ave, Reading, PA 19611-2143 |
| 14844137 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Feb 06 2024 00:17:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Feb 06 2024 00:17:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 06 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 06 2024 05:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 06 2024 00:17:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14844093 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2024 00:38:38 | American Express, Attn: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 14844094 | ^ | MEBN | Feb 06 2024 00:11:34 | Apple, Inc., Attn: Bankruptcy, 1 Apple Park Way, Cupertino, CA 95014-0642 |
| 14844096 | | EDI: CAPIO.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14844097 | ^ | MEBN | Feb 06 2024 05:13:00 | AssetCare, LLC, Attn: Bankruptcy, 3400 Texoma Pkwy, Sherman, TX 75090-1916 |
| 14844099 | | EDI: CAPITALONE.COM | Feb 06 2024 00:11:23 | Best Buy Co. Inc., Attn: Bankruptcy, 7601 Penn Ave S, Minneapolis, MN 55423-3683 |
| 14844100 | | EDI: CAPITALONE.COM | Feb 06 2024 05:13:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14847368 | + | EDI: AIS.COM | Feb 06 2024 05:13:00 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14844103 | + | EDI: CITICORP | Feb 06 2024 05:13:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844104 | | EDI: CITICORP | Feb 06 2024 05:13:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14844105 | | EDI: CITICORP | Feb 06 2024 05:13:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14844106 | + | EDI: WFNNB.COM | Feb 06 2024 05:13:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14844107 | + | Email/Text: bankruptcy@credencerm.com | Feb 06 2024 00:18:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14844108 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2024 00:27:46 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 14844109 | | EDI: DISCOVER | Feb 06 2024 05:13:00 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14844110 | | EDI: CITICORP | Feb 06 2024 05:13:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14849486 | | EDI: DISCOVER | Feb 06 2024 05:13:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14844111 | | Email/Text: bankruptcy@collectioncentral.com | Feb 06 2024 00:17:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14844112 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 06 2024 00:17:00 | FirstCredit, Inc., Attn: Bankruptcy, Po Box 630838, Cincinnati, OH 45263-0838 |
| 14844114 | | EDI: IRS.COM | Feb 06 2024 05:13:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14844102 | | EDI: JPMORGANCHASE | Feb 06 2024 05:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14844115 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2024 00:17:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14844116 | | Email/Text: govtaudits@labcorp.com | Feb 06 2024 00:17:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14844117 | ^ | MEBN | Feb 06 2024 00:11:14 | Lab Corp., P.O. Box 2240, Burlington, NC 27216 |
| 14844118 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 06 2024 00:17:00 | LendingPoint LLC., Attn: Bankruptcy 1201 Roberts Blvd Suite, Kennesaw, GA 30144-3612 |
| 14844119 | | EDI: CAPIO.COM | Feb 06 2024 05:13:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14844120 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 06 2024 00:17:00 | Mitchell D. Bluhm & Associates, LLC, 1313 N Travis St Ste 103, Sherman, TX 75092-5165 |
| | | | | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 3 of 4
Date Rcvd: Feb 05, 2024　　　　　　　　　　　Form ID: 309I　　　　　　　　　　　　Total Noticed: 59

| | | | | |
|---|---|---|---|---|
| 14844122 | | Email/Text: bnc@nordstrom.com | Feb 06 2024 00:17:30 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14844123 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 06 2024 00:17:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14844125 | | Email/Text: fesbank@attorneygeneral.gov | Feb 06 2024 00:17:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14844124 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 06 2024 00:18:00 | Pennsylvania American Water, Attn: Bankruptcy, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 14844126 | | EDI: PENNDEPTREV | Feb 06 2024 05:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14844126 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14844128 | + | Email/Text: bankruptcy1@pffcu.org | Feb 06 2024 00:17:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14844129 | + | Email/Text: bankruptcy1@pffcu.org | Feb 06 2024 00:17:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14849208 | + | Email/Text: bankruptcy1@pffcu.org | Feb 06 2024 00:17:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14844131 | + | EDI: SYNC | Feb 06 2024 05:13:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844132 | + | EDI: SYNC | Feb 06 2024 05:13:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844133 | + | EDI: SYNC | Feb 06 2024 05:13:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844135 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 06 2024 00:18:00 | Transworld, P.o. Box 15055, Wilmington, DE 19850-5055 |
| 14844136 | ^ | MEBN | Feb 06 2024 00:11:28 | Trinity Health Epic - PP, Po Box 933327, Cleveland, OH 44193-0037 |
| 14844138 | ^ | MEBN | Feb 06 2024 00:11:19 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14844139 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Feb 06 2024 00:18:00 | University of Pennsylvania Health System, Attn: Patient Billing, 3400 Spruce Street, Philadelphia, PA 19104-4274 |
| 14844140 | + | EDI: VERIZONCOMB.COM | Feb 06 2024 05:13:00 | Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 05, 2024 | Form ID: 309I | Total Noticed: 59

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:**

**Name**               **Email Address**

DANA S. PLON
  on behalf of Creditor Newtown Village Plaza Associates  L.P. dplon@sirlinlaw.com

JACK M. SEITZ
  on behalf of TD Bank  N.A. jseitz@lesavoybutz.com, sblake@lesavoybutz.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
  on behalf of Debtor Waver Campbell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
  on behalf of Joint Debtor Deborah Campbell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Waver Campbell<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–2789 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Deborah Campbell<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7576 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of Pennsylvania | | Date case filed for chapter: 13   12/21/23 | |
| Case number: 23–13851–mdc | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Waver Campbell | Deborah Campbell |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1360 Violetwood Ct<br>Yardley, PA 19067–6413 | 1360 Violetwood Ct<br>Yardley, PA 19067–6413 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br>Contact phone (215)408–2800<br>Date: 2/5/24 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 20, 2024 at 9:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/19/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/29/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/18/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $350.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/18/24** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |