| Employee Name | Work Location | Advice No. |
|---|---|---|
| WAVER M CAMPBELL | 0733 PAWLG PKG 1893 5 | 0733133867 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5084721 | XXX-XX-2789 | S | S 00 | | 10/20/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 10/08/2023 | 10/14/2023 | 263.58 | 48.33 | 26.36 | 188.89 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 23.00 | | | | TAXES | | |
| REGULAR | 23.000 | | 11.46 | 263.58 | FICA | 16.34 | 424.48 |
| TOTAL HOURS WORKED | | | 11.46 | | FICA MEDICARE | 3.82 | 99.27 |
| CURRENT TOTALS | | | | 263.58 | FEDERAL TAX | 16.26 | 390.74 |
| Y-T-D TOTALS | | | 326.01 | 6,846.51 | ST TAX- PA | 8.09 | 210.17 |
| | | | | | SUT EMPL DEDCT | 0.18 | 4.40 |
| | | | | | HORSHAM TW | 1.00 | 39.00 |
| | | | | | HORSHAM | 2.64 | 68.45 |
| | | | | | TOTALS | 48.33 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 26.36 | 273.44 |
| | | | | | TOTALS | 26.36 | |

VAC 0.00 H   OPD 0.00 D      OTH 0.00 D

Employee Address: 1360 VIOLETWOOD CT
YARDLEY, PA, 19067

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

---

| Employee Name | Work Location | Advice No. |
|---|---|---|
| WAVER M CAMPBELL | 0733 PAWLG PKG 1893 5 | 0733124660 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5084721 | XXX-XX-2789 | S 00 | S 00 | | 10/18/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 10/08/2023 | 10/14/2023 | 133.02 | 19.89 | 0.00 | 113.13 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| | | | | | TAXES | | |
| RETRO-ST | 3.250 | | 40.93 | 133.02 | FICA | 8.25 | 408.14 |
| CURRENT TOTALS | | | | 133.02 | FICA MEDICARE | 1.93 | 95.45 |
| Y-T-D TOTALS | | | 314.55 | 6,582.93 | FEDERAL TAX | 3.21 | 374.48 |
| | | | | | ST TAX- PA | 4.08 | 202.08 |
| | | | | | SUT EMPL DEDCT | 0.09 | 4.22 |
| | | | | | HORSHAM TW | 1.00 | 38.00 |
| | | | | | HORSHAM | 1.33 | 65.81 |
| | | | | | TOTALS | 19.89 | |

VAC 0.00 H   OPD 0.00 D      OTH 0.00 D

Employee Address: 1360 VIOLETWOOD CT
YARDLEY, PA, 19067

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - WAVER M CAMPBELL | 0733 PAWLG PKG 1893 5 | 0733153629 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5084721 | XXX-XX-2789 | S | S 00 | | 11/03/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 10/22/2023 | 10/28/2023 | 323.61 | 61.65 | 0.00 | 261.96 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 23.00 | | | | TAXES | | |
| - REGULAR | 23.000 | | 14.07 | 323.61 | FICA | 20.07 | 463.80 |
| - TOTAL HOURS WORKED | | | 14.07 | | FICA MEDICARE | 4.69 | 108.47 |
| - CURRENT TOTALS | | | | 323.61 | FEDERAL TAX | 22.49 | 434.18 |
| - Y-T-D TOTALS | | | 353.58 | 7,480.62 | ST TAX- PA | 9.93 | 229.63 |
| | | | | | SUT EMPL DEDCT | 0.23 | 4.85 |
| | | | | | HORSHAM TW | 1.00 | 41.00 |
| | | | | | HORSHAM | 3.24 | 74.80 |
| | | | | | TOTALS | 61.65 | |

- VAC  0.00  H OPD  0.00  D        OTH  0.00  D

Employee Address
1360 VIOLETWOOD CT
YARDLEY ,PA ,19067

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

---

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - WAVER M CAMPBELL | 0733 PAWLG PKG 1893 5 | 0733143971 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5084721 | XXX-XX-2789 | S | S 00 | | 10/27/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 10/15/2023 | 10/21/2023 | 310.50 | 58.57 | 15.65 | 236.28 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 23.00 | | | | TAXES | | |
| - REGULAR | 23.000 | | 13.50 | 310.50 | FICA | 19.25 | 443.73 |
| - TOTAL HOURS WORKED | | | 13.50 | | FICA MEDICARE | 4.51 | 103.78 |
| - CURRENT TOTALS | | | | 310.50 | FEDERAL TAX | 20.95 | 411.69 |
| - Y-T-D TOTALS | | | 339.51 | 7,157.01 | ST TAX- PA | 9.53 | 219.70 |
| | | | | | SUT EMPL DEDCT | 0.22 | 4.62 |
| | | | | | HORSHAM TW | 1.00 | 40.00 |
| | | | | | HORSHAM | 3.11 | 71.56 |
| | | | | | TOTALS | 58.57 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 15.65 | 289.09 |
| | | | | | TOTALS | 15.65 | |

- VAC  0.00  H OPD  0.00  D        OTH  0.00  D

Employee Address
1360 VIOLETWOOD CT
YARDLEY ,PA ,19067

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

| Employee Name | Work Location | Advice No. |
|---|---|---|
| WAVER M CAMPBELL | 0733 PAWLG PKG 1893 5 | 0733173420 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5084721 | XXX-XX-2789 | S | S 00 | | 11/17/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 11/05/2023 | 11/11/2023 | 330.97 | 63.39 | 0.00 | 267.58 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 23.00 | | | | TAXES | | |
| REGULAR | 23.000 | | 14.39 | 330.97 | FICA | 20.52 | 503.56 |
| TOTAL HOURS WORKED | | | 14.39 | | FICA MEDICARE | 4.80 | 117.77 |
| CURRENT TOTALS | | | | 330.97 | FEDERAL TAX | 23.37 | 478.48 |
| Y-T-D TOTALS | | | 381.46 | 8,121.86 | ST TAX- PA | 10.16 | 249.32 |
| | | | | | SUT EMPL DEDCT | 0.23 | 5.30 |
| | | | | | HORSHAM TW | 1.00 | 43.00 |
| | | | | | HORSHAM | 3.31 | 81.21 |
| | | | | | TOTALS | 63.39 | |

VAC 0.00 H  OPD 0.00 D    OTH 0.00 D

Employee Address: 1360 VIOLETWOOD CT
YARDLEY ,PA ,19067

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

---

| Employee Name | Work Location | Advice No. |
|---|---|---|
| WAVER M CAMPBELL | 0733 PAWLG PKG 1893 5 | 0733163438 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5084721 | XXX-XX-2789 | S | S 00 | | 11/10/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 10/29/2023 | 11/04/2023 | 310.27 | 58.52 | 58.00 | 193.75 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 23.00 | | | | TAXES | | |
| REGULAR | 23.000 | | 13.49 | 310.27 | FICA | 19.24 | 483.04 |
| TOTAL HOURS WORKED | | | 13.49 | | FICA MEDICARE | 4.50 | 112.97 |
| CURRENT TOTALS | | | | 310.27 | FEDERAL TAX | 20.93 | 455.11 |
| Y-T-D TOTALS | | | 367.07 | 7,790.89 | ST TAX- PA | 9.53 | 239.16 |
| | | | | | SUT EMPL DEDCT | 0.22 | 5.07 |
| | | | | | HORSHAM TW | 1.00 | 42.00 |
| | | | | | HORSHAM | 3.10 | 77.90 |
| | | | | | TOTALS | 58.52 | |
| | | | | | DEDUCTIONS | | |
| | | | | | UNIONDUE | 58.00 | 551.00 |
| | | | | | TOTALS | 58.00 | |

VAC 0.00 H  OPD 0.00 D    OTH 0.00 D

Employee Address: 1360 VIOLETWOOD CT
YARDLEY ,PA ,19067

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

| Employee Name | Work Location | Advice No. |
|---|---|---|
| WAVER M CAMPBELL | 0733 PAWLG PKG 1893 5 | 0733184978 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5084721 | XXX-XX-2789 | S | S 00 | | 11/24/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 11/12/2023 | 11/18/2023 | 861.12 | 189.50 | 0.00 | 671.62 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 23.00 | | | | TAXES | | |
| REGULAR | 23.000 | | 24.78 | 569.94 | FICA | 53.38 | 556.94 |
| OVERTIME | 34.500 | | 8.44 | 291.18 | FICA MEDICARE | 12.48 | 130.25 |
| TOTAL HOURS WORKED | | | 33.22 | | FEDERAL TAX | 86.99 | 565.47 |
| CURRENT TOTALS | | | | 861.12 | ST TAX- PA | 26.44 | 275.76 |
| Y-T-D TOTALS | | | 414.68 | 8,982.98 | SUT EMPL DEDCT | 0.60 | 5.90 |
| | | | | | HORSHAM TW | 1.00 | 44.00 |
| | | | | | HORSHAM | 8.61 | 89.82 |
| | | | | | TOTALS | 189.50 | |

VAC  0.00  H  OPD  0.00  D           OTH  0.00  D

Employee Address: 1360 VIOLETWOOD CT
YARDLEY, PA, 19067

**UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328**