United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13851-amc |
| Waver Campbell | Chapter 13 |
| Deborah Campbell | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 19, 2024 | Form ID: 155 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Waver Campbell, Deborah Campbell, 1360 Violetwood Ct, Yardley, PA 19067-6413 |
| 14844095 | + | Aqua Pennsylvania, Attn: Bankruptcy, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 14844098 | | Boris Schafer, 72 Lilly Dr, Fstrvl Trvose, PA 19053-6759 |
| 14844101 | | CCS-South Florida, LLC, Attn: Bankruptcy, 1007 N Federal Hwy # 280, Ft Lauderdale, FL 33304-1422 |
| 14844121 | + | Newtown Village Plaza Associates LP, 200 Ridge Pike Ste 100, Conshohocken, PA 19428-3702 |
| 14843494 | + | Newtown Village Plaza Associates, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 14844130 | | Rothman Institute, LLC - Northeast, Po Box 825937, Philadelphia, PA 19182-5937 |
| 14848820 | | TD Bank, N.A., c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200, Allentown, PA 18104-2255 |
| 14844134 | | Tower Health, 420 S 5th Ave, Reading, PA 19611-2143 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14844093 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 00:10:57 | American Express, Attn: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 14858065 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 00:10:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14844094 | ^ | MEBN | Aug 19 2024 23:53:08 | Apple, Inc., Attn: Bankruptcy, 1 Apple Park Way, Cupertino, CA 95014-0642 |
| 14857838 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 00:10:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14844096 | | Email/Text: bnc-capio@quantum3group.com | Aug 19 2024 23:57:00 | AssetCare, LLC, Attn: Bankruptcy, 3400 Texoma Pkwy, Sherman, TX 75090-1916 |
| 14844097 | ^ | MEBN | Aug 19 2024 23:52:59 | Best Buy Co. Inc., Attn: Bankruptcy, 7601 Penn Ave S, Minneapolis, MN 55423-3683 |
| 14844099 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 00:10:50 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14844100 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 00:21:59 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14847368 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 00:10:43 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844103 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2024 00:10:18 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14859040 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14844104 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2024 00:11:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14844105 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2024 00:24:15 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14844106 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2024 00:10:28 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14844107 | + | Email/Text: bankruptcy@credencerm.com | Aug 19 2024 23:57:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14844108 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2024 23:57:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 14844109 | | Email/Text: mrdiscen@discover.com | Aug 20 2024 00:10:36 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14844110 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 23:57:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14849486 | | Email/Text: mrdiscen@discover.com | Aug 20 2024 00:10:39 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14844111 | | Email/Text: bankruptcy@collectioncentral.com | Aug 19 2024 23:57:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14844112 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 19 2024 23:57:00 | FirstCredit, Inc., Attn: Bankruptcy, Po Box 630838, Cincinnati, OH 45263-0838 |
| 14844113 | ^ | MEBN | Aug 19 2024 23:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14844114 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2024 23:53:09 | Green Dot Bank, Attn: Bankruptcy, PO Box 9206, Old Bethpage, NY 11804-9006 |
| 14844102 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 19 2024 23:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14844115 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2024 00:21:59 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14844116 | | Email/Text: govtaudits@labcorp.com | Aug 19 2024 23:57:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14858374 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2024 23:57:00 | Lab Corp., P.O. Box 2240, Burlington, NC 27216 |
| 14844117 | ^ | MEBN | Aug 20 2024 00:10:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14844118 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 19 2024 23:52:51 | LendingPoint LLC., Attn: Bankruptcy 1201 Roberts Blvd Suite, Kennesaw, GA 30144-3612 |
| 14844119 | | Email/Text: bnc-capio@quantum3group.com | Aug 19 2024 23:57:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14844120 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 19 2024 23:57:00 | Mitchell D. Bluhm & Associates, LLC, 1313 N Travis St Ste 103, Sherman, TX 75092-5165 |
| 14844122 | | Email/Text: bnc@nordstrom.com | Aug 19 2024 23:57:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14844123 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 19 2024 23:57:35 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14844125 | | Email/Text: fesbank@attorneygeneral.gov | Aug 19 2024 23:57:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14857460 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 19 2024 23:57:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 155 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Aug 20 2024 00:10:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14844124 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 19 2024 23:57:00 | Pennsylvania American Water, Attn: Bankruptcy, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 14844126 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14844127 | ^ | MEBN | Aug 19 2024 23:53:00 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14844128 | + | Email/Text: bankruptcy1@pffcu.org | Aug 19 2024 23:57:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14844129 | + | Email/Text: bankruptcy1@pffcu.org | Aug 19 2024 23:57:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14849208 | + | Email/Text: bankruptcy1@pffcu.org | Aug 19 2024 23:57:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14853222 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 23:57:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14859238 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 00:10:20 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844131 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:17 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844132 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844133 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:11:04 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844135 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 19 2024 23:57:00 | Transworld, P.o. Box 15055, Wilmington, DE 19850-5055 |
| 14844136 | ^ | MEBN | Aug 19 2024 23:53:03 | Trinity Health Epic - PP, Po Box 933327, Cleveland, OH 44193-0037 |
| 14844137 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 19 2024 23:57:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14844138 | ^ | MEBN | Aug 19 2024 23:52:55 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14844139 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Aug 19 2024 23:57:00 | University of Pennsylvania Health System, Attn: Patient Billing, 3400 Spruce Street, Philadelphia, PA 19104-4274 |
| 14855474 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 00:10:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844140 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 19 2024 23:57:00 | Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14858933 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 19, 2024 | Form ID: 155 | Total Noticed: 62

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DANA S. PLON | on behalf of Creditor Newtown Village Plaza Associates  L.P. dplon@sirlinlaw.com |
| JACK M. SEITZ | on behalf of TD Bank  N.A. jseitz@lesavoybutz.com, sblake@lesavoybutz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Waver Campbell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Deborah Campbell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Waver Campbell<br><br>  Deborah Campbell<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13851−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: August 15, 2024                                                             For The Court

                                                                                                      Ashely M. Chan
                                                                                                      Chief Judge, United States Bankruptcy Court